```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
 9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION

12  JERRY CAPARROS and            )
    CZARINA CAPARROS,             )
13                                )   No. C 06-1891 MEJ
                   Plaintiffs,    )
14                                )
              v.                  )
15                                )   STIPULATION TO DISMISS; AND
    UNITED STATES DEPARTMENT OF   )   [PROPOSED] ORDER THEREON;
16  HOMELAND SECURITY AND UNITED  )   ORDER CLOSING FILE
    STATES CITIZENSHIP AND        )
17  IMMIGRATION SERVICES,         )
                                  )
18                 Defendants.    )
                                  )
19  _____)

20      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21  attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

22  in light of the adjudication of Plaintiffs' adjustment of status applications.

23      Each of the parties shall bear their own costs and fees.

24  Date: April 21, 2006                       Respectfully submitted,

25                                             KEVIN V. RYAN
                                               United States Attorney
26

27
                                               _____/s/_____
28                                             EDWARD A. OLSEN
                                               Assistant United States Attorney
                                               Attorneys for Defendants

    Stip. to Dismiss
    C 06-1891 MEJ
```

| | |
|---|---|
| Date: April 21, 2006 | _____/s/_____<br>WADE J. CHERNICK<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Accordingly, the Clerk of Court shall close the file.

Date: April 25, 2006



MARIA-ELENA JAMES
United States Magistrate Judge

Stip. to Dismiss
C 06-1891 MEJ